**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| FREDRICK W. BARNES,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF SIDNEY OHIO, *et al.*,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 3:26-cv-00374<br><br>District Judge Michael J. Newman<br>Magistrate Judge Caroline H. Gentry |

---

## ORDER CONCERNING OTHER CASES

---

Plaintiff's *pro se* Complaint suggests that he previously filed other action(s) dealing with the same facts as this case. (*See generally* Doc. No. 1-2.) To ensure that this case is handled appropriately, the Court **ORDERS** Plaintiff to file a Response to this Order listing all such other cases and appeals. Plaintiff shall include the case names and numbers, state where each case was filed, and indicate generally how it was resolved. Plaintiff shall file this Response by **November 19, 2026**.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge