**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| FREDRICK W. BARNES, | : | Case No. 3:26-cv-00374 |
| Plaintiff, | : | District Judge Michael J. Newman<br>Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| THE CITY OF SIDNEY OHIO, *et al*., | : | |
| Defendant. | : | |

## ORDER CONCERNING EMAIL SERVICE

Plaintiff Barnes has asked that the Court email all correspondence to him. (Doc. No. 6.) If Plaintiff would like to receive service of documents filed in this case by email, he may fill out and return the form attached to this Order to the Clerk of Court.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

_______________________________
Plaintiff,

Case Number: ____________________

vs.

Judge: ____________________

_______________________________
Defendant.

MOTION BY PRO SE LITIGANT TO RECEIVE SERVICE
BY EMAIL THROUGH THE ELECTRONIC CASE FILING SYSTEM

As a party in the above-captioned matter, I, ____________________________________,

respectfully request permission from this Court to receive service by email through the Electronic Case Filing (e-filing) System (CM/ECF) in this case. I understand that:

- If this motion is granted, I will receive notices and documents only by e-mail in this case and not by regular mail;
- I understand that failure to keep my email address current may result in dismissal of my case or other adverse consequences;
- Access to CM/ECF for viewing purposes is limited to subscribers to the Public Access to Court Electronic Records ("PACER") System and I will go to http://www.pacer.gov to setup an account;
- Individuals who receive a notification of electronic filing (NEF) are permitted to view the document one time at no cost by clicking on the associated hyperlinked document number embedded in the NEF;
- The Court strongly urges me to electronically store the NEF and associated pleadings for future access as subsequent retrieval of the case docket sheet and pleadings is subject to applicable PACER fees.

Date: ___________________________

Signature: ____________________________
Pro Se
Name: ____________________________
Address: ____________________________
____________________________
Phone Number: ____________________________
E-Mail Address: ____________________________