**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| FREDRICK W. BARNES,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF SIDNEY OHIO, *et al*.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 3:26-cv-00374<br><br>District Judge Michael J. Newman<br>Magistrate Judge Caroline H. Gentry |

## ORDER CONCERNING THE CASE CAPTION AND DOCKET

In his response to the Court's Order Concerning Other Case, Plaintiff Barnes asks the Court to correct the docket and/or the case caption. (Doc. No. 5 at PageID 56-57.) Plaintiff asserts that the Clerk of Court improperly truncated the case title as against *The City of Sidney, Ohio, et. al.*, when his Complaint sets forth the title as against *The City of Sidney, Ohio and Shelby County Board of Commissioners, et al*. In other words, Plaintiff objects to omitting the second named Defendant from the formal title of the case.[1] (*Id.*)

To avoid any confusion, the Court hereby **ORDERS** that the caption of this case shall be as set forth at the top of this page until further order of the Court. The Court's practice of listing only the first named Defendant arises from Rule 10(a) of the Federal Rules of Civil Procedure, which permits the caption to "refer generally to the other parties" after "naming the first party on each side." Fed. R. Civ. P. 10(a). The Clerk of

[1] Plaintiff named seven Defendants in his Complaint. (*See* Doc. No 1-2 at PageID 9-10, ¶¶ 5-10.) The docket reflects all seven.

Court's designation of the title of this case is therefore correct and will not be modified at this time. Plaintiff's request to do so is **DENIED**. (Doc. No. 5.)

Plaintiff also asserts that this case has been placed on an administrative hold due to an unresolved *in forma pauperis* (IFP) application from Defendant Ratliff. (Doc. No. 5 at PageID 57.) The Court's official docket does not reflect this. *See* https://ohsd-ecf.sso.dcn/cgi-bin/DktRpt.pl?316505 (last visited November 10, 2026.) The earlier clerical error to which Plaintiff may be referring—noting that the IFP was submitted by Defendant Ratliff rather than Plaintiff Barnes—was corrected on October 14, 2026. (*See* Doc. No. 1 [text].) The case is not stayed or on hold. However, Plaintiff's two IFP Applications are pending before the Court and are among the matters that must be resolved before the case proceeds further. The Court will resolve Plaintiff's IFP Applications in due course.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge